AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 17-1041 (JFK)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* 100 Church Street, side entrance
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* B. Mazyck , who is
designated by law to accept service of process on behalf of *(name of organization)* Corporation Counsel
process specialist on *(date)* 02/17/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 50.00 for travel and $ 7.00 for services, for a total of $ 57.00 .

I declare under penalty of perjury that this information is true.

Date: 02/16/2017

_____
*Server's signature*

Jerry O'Neil
*Printed name and title*

517 Central Ave
Brooklyn, NY

*Server's address*

Additional information regarding attempted service, etc: