ANTOLLINO

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE

Job Number 226409

Index no : 17-cv-01041-JGK

| Plaintiff(s): | JOHN HIDALGO |
|---|---|
| Defendant(s): | CITY OF NEW YORK, PO FEBRES, JOHN DOE #1 |

STATE OF NEW YORK
COUNTY OF NEW YORK    ss.:

 

*226489*

**Augustus Wilson**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW JERSEY.

On **02/22/2017** at **2:31 PM**, I served the within **SUMMONS; COMPLAINT** on **PO FEBRES** at **NYPD, 23 PRECINCT, 162 EAST 102ND STREET, New York, NY 10029** in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to **Kerry Gouff**, **CO-WORKER** of **PO FEBRES**, a person of suitable age and discretion. Said premises is **PO FEBRES's** usual place of business within the state.

On **02/23/2017**, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to Defendant(s) and Defendant(s)'s usual place of business, at **NYPD, 23 PRECINCT, 162 EAST 102ND STREET, New York, NY 10029** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof that the communication was from an attorney or concerns an alleged debt.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 40 | 5ft4in-5ft8in | 131-160 lbs |
| Other Features: | | | | | |

I asked the person spoken to whether **PO FEBRES** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the Defendant(s) is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to and subscribed before me on 02/23/2017    X_____
                                                    Augustus Wilson
*Misha Beckford* (signature)                         License#: 1311756
Misha Beckford                                       Bulldog Process Service LLC
Notary Public, State of New York                     118 East 28th Street Suite 307
No. 01BE6349769                                      New York, NY 10016
Qualified in King                                    646-461-8386
Commission Expires 10/24/2020