Civil Action No. 17-cv-1041

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Christopher Bollinger , who is
designated by law to accept service of process on behalf of *(name of organization)* C. Douglas
Clerk _____ on *(date)* 12/27/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 90.00 for travel and $ 10.00 for services, for a total of $ 100.00 .

I declare under penalty of perjury that this information is true.

Date: 12/27/2017

_____
*Server's signature*

Jerry O'Neil, Legal Assistant
*Printed name and title*

275 Seventh Avenue
New York, NY 10001
*Server's address*

Additional information regarding attempted service, etc:
I additionall served a summons and complaint on defendant addressed to
CHRISTOPHER BOBELL
NYPD, 23rd Precinct, 162 East 102nd Street, New York, NY 10029
By placing the summons and amended complaint in a post-paid envelope then placing it in a receptacle for the sole custody of US Mail, postage prepaid. The envelope did not indicate it was coming from an attorneys office. And was marked personal and confidential.