UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JOHN HIDALGO,

    Plaintiff,                                   **ORDER FOR STEVEN ALLI TO APPEAR FOR DEPOSITION AT A TIME CONVENIENT**

  -against-

CITY OF NEW YORK & JULIAN FEBRES,          17-CV-1041 (JGK)

    Defendants.
------------------------------------------------------------------x

**PLEASE TAKE NOTICE OF THIS COURT ORDER:**

WHEREAS, Plaintiff's counsel, Gregory Antollino, has shown good cause that witness Steven Alli has discoverable information regarding this lawsuit; and

WHEREAS, Plaintiff's counsel, Gregory Antollino, has served a subpoena for a deposition on Mr. Alli to testify on August 24 at Mr. Antollino's office or otherwise indicate a mutually convenient time, including taking the deposition at Mr. Alli's place of business; and

WHEREAS, on the date of the deposition, as Mr. Antollino has represented, Mr. Alli indicated he had no interest in complying with the subpoena. Now,

IT IS HEREBY ORDERED that Mr. Alli will confer with Mr. Antollino (his number is 212-979-6899) to discuss a convenient place and time for a brief sworn deposition between the hours of 9 a.m. and 6 p.m., as agreed, somewhere in the Borough of Manhattan, or otherwise show cause by by October 2, 2018 why his deposition should not take place.

1

Mr. Antollino must serve this order on Mr. Alli in person and by regular mail by September 26, 2018 and advise the court forthwith if he has reached a resolution of this issue, no later than October 3, 2018.

Dated: New York, New York
September 24, 2018

_____
Ona T. Wang, United States Magistrate Judge